| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Andrews, Richard G. | 2. Court or Organization District of Delaware | 3. Date of Report 04/07/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2017 to 12/31/2017 |

7. Chambers or Office Address

United States District Court
844 King Street, Box 19
Wilmington, Delaware 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | 529 Plan #1 |
| 2. | Trustee | 529 Plan #2 |
| 3. | Trustee | Trust #1 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 04/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Villanova University School of Law, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Ass'n | 3/30/17-4/1/17 | NY, NY | CLE & Dinner Honoring Federal Judiciary | Hotel, transportation, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CBS common | A | Dividend | J | T | | | | | |
| 2. Manulife Financial common | A | Dividend | J | T | | | | | |
| 3. Sun Life Financial common | C | Dividend | M | T | | | | | |
| 4. Viacom B common | A | Dividend | J | T | | | | | |
| 5. CREF Growth Stock | | None | M | T | | | | | |
| 6. CREF Stock | | None | N | T | | | | | |
| 7. Fidelity Blue Chip Value Fund | B | Dividend | M | T | | | | | |
| 8. Fidelity Delaware College Portfolio (Fid Index) (529 Plan # 1) | | None | | | Sold | 10/09/17 | J | A | |
| 9. Fidelity Freedom 2020 | C | Dividend | M | T | | | | | |
| 10. John Hancock Cash Management IRA | A | Dividend | J | T | | | | | |
| 11. TIAA Traditional | D | Interest | N | T | | | | | |
| 12. T. Rowe Price Growth & Income IRA | B | Dividend | K | T | | | | | |
| 13. | B | Distribution | | | Sold (part) | 12/01/17 | J | A | |
| 14. T. Rowe Price Health Sciences | D | Dividend | M | T | | | | | |
| 15. T. Rowe Price New Income Fund IRA | B | Dividend | K | T | | | | | |
| 16. | B | Distribution | | | Sold (part) | 12/01/17 | J | A | |
| 17. T. Rowe Price GNMA | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Van Kampen American Franchise Fund | C | Dividend | L | T | | | | | |
| 19. Vanguard Capital Value Fund | B | Dividend | L | T | | | | | |
| 20. Vanguard Emerging Markets Admiral | B | Dividend | L | T | | | | | |
| 21. Vanguard High Yield Corporate Admiral | B | Dividend | K | T | | | | | |
| 22. Vanguard High Yield Tax Exempt Admiral #1 | B | Dividend | L | T | | | | | |
| 23. Vanguard Intermediate Term Bond Index Admiral | B | Dividend | L | T | | | | | |
| 24. Vanguard Intermediate Term Tax Exempt Inv | A | Dividend | K | T | | | | | |
| 25. Vanguard Limited Term Tax Exempt Adm | B | Dividend | M | T | | | | | |
| 26. Vanguard Long-Term Investment Grade Adm | D | Dividend | L | T | | | | | |
| 27. Vanguard Long-Term Tax Exempt Fund Admiral | C | Dividend | L | T | | | | | |
| 28. Vanguard Explorer Fund Admiral | E | Dividend | M | T | | | | | |
| 29. Vanguard Total Intl Stock Index Inst | B | Dividend | L | T | | | | | |
| 30. Vanguard Prime Money Market #1 | A | Dividend | J | T | | | | | |
| 31. Vanguard Prime Money Market #2 | A | Dividend | K | T | | | | | |
| 32. Vanguard REIT Index Adm | D | Dividend | M | T | | | | | |
| 33. Vanguard Extended Market Index Inst | B | Dividend | M | T | | | | | |
| 34. Vanguard Total Stock Index Inst | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Target 2020 Fund IRA | B | Dividend | L | T | | | | | |
| 36. | B | Distribution | | | Sold (part) | 12/01/17 | J | A | |
| 37. Vanguard Target 2025 Fund IRA | A | Dividend | K | T | | | | | |
| 38. | A | Distribution | | | Sold (part) | 12/01/17 | J | A | |
| 39. Vanguard Tax-Managed Capital Appreciation Adm | C | Dividend | M | T | | | | | |
| 40. Vanguard Developing Markets Index Admiral | C | Dividend | M | T | | | | | |
| 41. Vanguard Tax-Managed Small Cap Adm | B | Dividend | M | T | | | | | |
| 42. Vanguard U.S. Growth IRA | B | Dividend | K | T | | | | | |
| 43. Vanguard Wellington Admiral | D | Dividend | M | T | | | | | |
| 44. Vanguard Windsor II Fund Admiral | E | Dividend | N | T | | | | | |
| 45. M&T Bank Checking Accounts | | None | K | T | | | | | |
| 46. John Hancock whole life ins. #1 | D | Dividend | M | W | | | | | |
| 47. John Hancock whole life ins. #2 | D | Dividend | M | W | | | | | |
| 48. Sun Life whole life ins. #1 | A | Int./Div. | J | W | | | | | |
| 49. Exxon Mobil common #1 (Trust #1) | C | Dividend | L | T | | | | | |
| 50. American Century Equity Income (Trust #1) | C | Dividend | K | T | | | | | |
| 51. American Century Income & Growth (Trust #1) | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DWS Strategic High Yield Tax Free Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 53. DWS Intermediate Tax/AMT Free Fund (Trust #1) | A | Dividend | K | T | | | | | |
| 54. DWS Managed Municipal Bond Fund (Trust #1) | B | Dividend | K | T | | | | | |
| 55. Franklin Templeton Class Z (Trust #1) | E | Dividend | N | T | | | | | |
| 56. Hennessy Select Large Value FD Orig (Trust #1) | D | Dividend | K | T | | | | | |
| 57. RBC Enterprise Fund Class I (Trust #1) | E | Dividend | M | T | | | | | |
| 58. Fidelity Gov't MM #1 (Trust #1) | A | Dividend | K | T | | | | | |
| 59. Fidelity Gov't MM #2 | A | Dividend | K | T | | | | | |
| 60. Anglogold Ashanti LTD stock (Trust #1) | A | Dividend | J | T | | | | | |
| 61. BAE Systems stock (Trust #1) | A | Dividend | J | T | | | | | |
| 62. BP Ord stock (Trust #1) | A | Dividend | J | T | | | | | |
| 63. BP PLC ADR stock (Trust #1) | A | Dividend | J | T | | | | | |
| 64. BT Group Ord stock (Trust #1) | A | Dividend | J | T | | | | | |
| 65. Columbia Acorn Fund-Z (Trust #1) | E | Dividend | M | T | | | | | |
| 66. Columbia Acorn Intl Fund-Z (Trust #1) | D | Dividend | M | T | | | | | |
| 67. Diageo Ord stock (Trust #1) | B | Dividend | L | T | | | | | |
| 68. Exxon Mobil common #2 | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Intl Discovery | D | Dividend | M | T | | | | | |
| 70. Fidelity New Markets Income | B | Dividend | K | T | | | | | |
| 71. Fidelity Real Estate Inv (Trust #1) | C | Dividend | L | T | | | | | |
| 72. Fidelity Select Biotech | B | Dividend | M | T | | | | | |
| 73. Fidelity Select Health Care | C | Dividend | M | T | | | | | |
| 74. Fidelity Strategic Inc (Trust #1) | B | Dividend | K | T | | | | | |
| 75. Fidelity Tax-Free Bond (Trust #1) | C | Dividend | M | T | | | | | |
| 76. Fidelity Value | B | Dividend | K | T | | | | | |
| 77. Freeport McMoran Inc stock (Trust #1) | | None | K | T | | | | | |
| 78. Gabelli Equity | D | Dividend | K | T | | | | | |
| 79. HSBC Holdings PLC ADR stock (Trust #1) | A | Dividend | J | T | | | | | |
| 80. Janus Overseas Fund Class T | A | Dividend | L | T | | | | | |
| 81. Mercantile Investment Trust PLC (Trust #1) | B | Dividend | M | T | | | | | |
| 82. News Corp.stock (Trust #1) | A | Dividend | J | T | | | | | |
| 83. Oakmark Equity & Income Fund | D | Dividend | M | T | | | | | |
| 84. Public Service Enterprise Gp Inc stock (Trust #1) | C | Dividend | M | T | | | | | |
| 85. Schlumberger Ltd Com stock (Trust #1) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Templeton Dragon Fund Inc (Trust #1) | A | Dividend | J | T | | | | | |
| 87. Transocean Ltd Com stock (Trust #1) | | None | J | T | | | | | |
| 88. T. Rowe Price Corporate Income | C | Dividend | L | T | | | | | |
| 89. T. Rowe Price High Yield Fund | B | Dividend | K | T | | | | | |
| 90. Twenty-First Century Fox Inc stock (Trust #1) | A | Dividend | J | T | | | | | |
| 91. Unilever PLC stock (Trust #1) | C | Dividend | M | T | | | | | |
| 92. United Parcel Service common (Trust #1) | A | Dividend | K | T | | | | | |
| 93. Vanguard European Stock Ind F Adm | C | Dividend | M | T | | | | | |
| 94. Vanguard High Yield Tax-exempt # 2 | B | Dividend | K | T | | | | | |
| 95. Vanguard Intermediate-Term Tax Exempt Fund Admiral | C | Dividend | M | T | | | | | |
| 96. Vanguard Pacific Stock Index F Adm | B | Dividend | L | T | | | | | |
| 97. Fidelity Conservative (529 Plan #2) | | None | | | Sold (part) | 08/09/17 | J | A | |
| 98. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 99. | | | | | Sold | 12/06/17 | J | A | |
| 100. Fidelity Moderate Growth Port (529 Plan #2) | | None | | | Sold (part) | 08/09/17 | J | A | |
| 101. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 102. | | | | | Sold | 12/06/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 04/07/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 04/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Investments and Trusts, Item #56: On February 27, 2017, Hennessy Select Large Value FD Orig was reorganized as Hennessy Cornerstone Value Fund in a tax-free transaction. That is the reason the name is different from the 2016 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard G. Andrews**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544